**FILED**

08/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0198

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0198

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RONALD DWAYNE GLICK,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 2, 2022, within which to prepare, file, and serve its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 2 2022